425 A.2d 10

Commonwealth v. Slaughter, Appellant.

 Submitted March 23, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

WIEAND, J., concurred in the result.

425 A.2d 10

Commonwealth v. Thomas, Appellant.

 Submitted June 25, 1979. Hugh C. Clark, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgments of sentence affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.